UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL NO. 05-77-DLB

UNITED STATES OF AMERICA            PLAINTIFF

VS.

MARCUS McGUIRE            DEFENDANT

**REPORT AND RECOMMENDATION**

On January 26, 2011 this matter came on for an evidentiary hearing on petition of the United States Probation Office that the defendant, MARCUS McGUIRE, show cause why his supervised release should not be revoked. The defendant was present in Court and represented by Deanna Dennison and the United States was present through Assistant United States Attorney Bob McBride. The proceedings were recorded by official court reporter Lisa Wiesman and conducted pursuant to 18 U.S.C. § 3401(I). Oral argument was presented by counsel and the defendant admitted violating the terms of his supervised release as set out in the January 11, 2011 report of U.S.P.O. Lorraine Cooper.

After pleading guilty to Possession of Crack Cocaine in violation of 21 U.S.C. §841(a) and Convicted Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(d)(1) and 924(a)(2), McGuire was initially sentenced on December 13, 2006 and re-sentenced on August 17, 2009 to sixty months incarceration on both counts followed by thirty-six months supervised release. His supervised release began on April 22, 2010 and he now stands charged with the following violation:

1

**VIOLATION #1**: **CONDITION #7**: **YOU SHALL REFRAIN FROM EXCESSIVE USE OF ALCOHOL AND SHALL NOT PURCHASE, POSSESS, USE, DISTRIBUTE, OR ADMINISTER ANY NARCOTIC OR OTHER CONTROLLED SUBSTANCE, OR ANY PARAPHERNALIA RELATED TO SUCH SUBSTANCES, EXCEPT AS PRESCRIBED BY A PHYSICIAN**.

Urine specimens taken on July 13, 2010, August 19, 2010, November 8, 2010 and December 28, 2010 were positive for marijuana.

The United States has recommended that defendant serve twelve months imprisonment followed by two years supervised release. While acknowledging his violation, both McGuire and his attorney see that penalty as harsh and argue that he has made reasonable attempts to improve himself e.g. 1) enrollment at Gateway Community College prior to the violation report; 2) recent employment through a temporary service with Valassis Company; 3) his first violation. Unlike other defendants with serious drug issues, McGuire has at least initiated steps toward a better life, even though at this stage it seems to be two steps forward and one back. The Court has concern because the positive urine specimens taken between July and December, 2010 coincided with his drug abuse treatment. However, it is now time for the defendant to take a third step forward. Accordingly;

**IT IS RECOMMENDED:**

1. That the defendant be found to have violated the terms of his supervised release as set out above, and that his supervised release be REVOKED;

2. That the defendant, MARCUS McGUIRE, be sentenced to the custody of the Attorney General for a period of **SIX (6) MONTHS** with **TWO (2) YEARS** supervised release to follow;

3. That the supervised release include the thirteen standard conditions with a special condition for substance abuse treatment and urinalysis testing as directed by the

probation officer.

Particularized objections to this Report and Recommendation must be filed within fourteen (14) days of the date of service of the same or further appeal is waived. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Wright v. Holbrook, 794 F.2d 1152, 1154-55) (6th Cir. 1986). **If the defendant wishes to address the District Court prior to sentencing, the defendant must so notify the Court in writing within fourteen (14) days.** A party may file a response to another party's objections within fourteen (14) days after being served with a copy thereof. Rule 72(b), Fed.R.Civ.P.

This 27th day of January, 2011.

Signed By:
*J. Gregory Wehrman*
United States Magistrate Judge