**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CRIMINAL ACTION NO. 05-77-DLB**

**UNITED STATES OF AMERICA**                                                         **PLAINTIFF**

vs.                                              **ORDER**

**MARCUS McGUIRE**                                                                   **DEFENDANT**

\*     \*     \*     \*     \*     \*     \*

This matter is before the Court upon the January 27, 2011 Report and Recommendation (R&R) of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of six (6) months imprisonment, with two (2) years of supervised release to follow. (Doc. #109). During the final revocation hearing conducted by Magistrate Judge Wehrman on January 26, 2011, Defendant admitted to violating the terms of his supervised release described in the January 11, 2011 Supervised Release Violation Report (Doc. #101).

Defendant having neither filed any objections to the Magistrate Judge's R&R, nor notified the Court that he wished to address the District Judge prior to sentencing, and the time for both having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is legally sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

1. The Report and Recommendation (Doc. #109) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

2. Defendant is found to have **VIOLATED** the terms of his supervised release;

3. Defendant's supervised release is hereby **REVOKED**;

4. Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **SIX (6) MONTHS** with **TWO (2) YEARS supervised release to follow**;

5. That the supervised release include the thirteen standard conditions with a special condition for substance abuse treatment and urinalysis testing as directed by the probation officer; and

6. A Judgment shall be entered concurrently herewith.

This 15th day of February, 2011.

Signed By:
*David L. Bunning* DB
United States District Judge