UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL CASE NO. 05-77-DLB

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                                    **O R D E R**

MARCUS MCGUIRE                                                        DEFENDANT

*****************************

This matter is before the Court upon the Report and Recommendation ("R&R") of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence fifteen (15) months, with no supervised release to follow. (Doc. # 124). During the final revocation hearing conducted by Magistrate Judge Wehrman on June 28, 2013, Defendant stipulated to violating one of the conditions of his supervised release as set forth in the June 16, 2013 Supervised Release Violation Report. (Doc. # 122). Specifically, he admitted violating the following condition: The defendant shall not commit another federal, state or local crime. (Doc. # 124, at 2); (Doc. # 112, at 3).

Defendant having executed a waiver of his right to allocution (Doc. # 123), there being no objections filed to the Magistrate Judge's R&R, and the time to do so having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently

1

advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation (Doc. # 124) is **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant is found to have **VIOLATED** the terms of his supervised release;

(3) Defendant's supervised release is **REVOKED**;

(4) Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **FIFTEEN (15) MONTHS**, **with no supervised release to follow**;

(5) Defendant shall be afforded forty (40) hours of drug counseling, at the discretion of the Bureau of Prisons;

(6) Defendant shall self-surrender within three (3) weeks from the entry of Judgment in this case;

(7) A Judgment shall be entered contemporaneously herewith.

This 28th day of July, 2013.



Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\Covington Criminal\2005\05-77 Order Adopting July 3 R&R.wpd

2